675 A.2d 1118

IN THE MATTER OF GERALDINE A. COPPOLA,
AN ATTORNEY AT LAW.

May 23, 1996.

## ORDER

The Disciplinary Review Board on March 29, 1996, having filed with the Court its decision concluding that the formal complaint that charged **GERALDINE A. COPPOLA** of **LIVINGSTON,** who was admitted to the bar of this State in 1974, with failure to cooperate with the disciplinary authorities in the investigation of a

grievance filed against her should be dismissed because of a lack of clear and convincing evidence that respondent was aware of the pending grievance and the charges that she willfully ignored requests for information;

And the Disciplinary Review Board further having recommended that the Court vacate the Order of temporary suspension dated June 20, 1995, said Order having been entered pursuant to *Rule* 1:20–4(f)(2) for respondent's failure to file an answer to the formal complaint;

And good cause appearing;

It is ORDERED that the formal complaint in VC–92–012E be dismissed; and it is further

ORDERED that the Order of temporary suspension dated June 20, 1995, is hereby vacated; and it is further

ORDERED that the Disciplinary Review Board cause this Order to be published in the *New Jersey Lawyer,* the *New Jersey Law Journal* and two consecutive issues of a newspaper of general circulation in Essex County; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.